[No. 5812-1.   Division One.   April 23, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. DONNA
JEAN LARRY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79131, Jerome M. Johnson, J., entered July 25,
1977. *Remanded* by unpublished opinion per Callow, C.J.,
concurred in by Swanson, J., Williams, J., dissenting.

[No. 5894-1.   Division One.   April 23, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
LEE FAUVELLE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81103, Herbert M. Stephens, J., entered
August 17, 1977. *Affirmed* by unpublished opinion per Cal-
low, C.J., concurred in by Swanson and Williams, JJ.

[No. 6053-1.   Division One.   April 23, 1979.]

*In the Matter of the Marriage of* DONALD E.
ZIMMERMAN, *Appellant, and* FONDA RAE
ZIMMERMAN, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D-96056, Robert W. Winsor, J., entered Octo-
ber 28, 1977. *Affirmed* by unpublished opinion per Dore, J.,
concurred in by James, A.C.J., and Williams, J.

[No. 6237-1.   Division One.   April 23, 1979.]

RUDOLPH FREI, ET AL, *Respondents,* v. KENNETH
D. BIDWELL, SR., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 141761, Phillip G. Sheridan, J.,
entered December 27, 1977. *Remanded* by unpublished
opinion per Farris, J., concurred in by Williams and
Andersen, JJ.